FIRST BANK AND TRUST COMPANY OF UTICA, as Executor, etc., of JOHN R. SIEMERS, Deceased, Respondent, v. JOHN C. FULMER and Others, Appellants.— Motion for leave to appeal to Court of Appeals granted and questions for review certified. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CARRIE B. SHERMAN, Respondent, v. JOHN C. FULMER and Others, Appellants. — Motion for leave to appeal to Court of Appeals granted and questions for review certified. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CORA WARD, Respondent, v. ROYAL LEE, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted and question for review certified. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JAMES A. WARD, Respondent, v. ROYAL LEE, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted and question for review certified. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. ROTH, Appellant, v. JAMES E. KANE, Treasurer of the City of Rochester, and Others, Respondents.— Motion granted for certificate that a constitutional question is involved in this appeal. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

FRED P. KILE, as Administrator, etc., of LOUIS W. KILE, Deceased, Respondent, v. J. H. GALLUP COMPANY, INC., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARY DORIS KETCHAM, an Infant, etc., Appellant, v. FRED B. WILBUR, as Executor, etc., of MARY B. HAND, Deceased, Respondent.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted and question for review certified. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

TOWN OF IRONDEQUOIT, Respondent, v. GRAFTON JOHNSON, Appellant.— Motion for leave to appeal to Court of Appeals granted, and question for review certified. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.